Fill in this information to identify your case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

MAY 31 '18 AM 11:44

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ...................................................................   $ ___∅___

   1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................................   $ 29,480

   1c. Copy line 63, Total of all property on *Schedule A/B* ..................................................................   $ 29,480

**Part 2:    Summarize Your Liabilities**

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ...........   $ 1,681,500

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...........................................   $ 1,410,736     *A2,* 1,423,148

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......................................   + $ ___∅___

   **Your total liabilities**     *A2* $ 3,092,236

   3,104,648

**Part 3:    Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ...........................................   $ 4,750

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...................................................   $ 3,746

Debtor 1 ~~K̲L̲X̲R̲D̲H̲o̲w̲s̲l̲a̲n̲o̲s̲t̲E̲T̲H̲~~     Case number (if known)_____
First Name   Middle Name   Last Name

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

   $ 4,938

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)     $ ∅

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $ 1,410,736

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     $ ∅

   9d. Student loans. (Copy line 6f.)     $ ∅

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     $ ∅

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     + $ ∅

   9g. **Total.** Add lines 9a through 9f.     $ 1,410,736

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 2 of 29

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.**

Street address, if available, or other description

_____

City              State       ZIP Code

_____

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.**

Street address, if available, or other description

_____

City              State       ZIP Code

_____

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

Official Form 106A/B                    **Schedule A/B: Property**                    page **1**

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 3 of 29

**What is the property?** Check all that apply.

1.3. _____
Street address, if available, or other description

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

_____

_____
City        State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

**Who has an interest in the property?** Check one.

_____
County

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................................➔    $_____

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☒ Yes

3.1. Make: _Ford_
Model: _Excursion_
Year: _2000_
Approximate mileage: _230,000_
Other information:

**Who has an interest in the property?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _5,000_   $ _5,000_

If you own or have more than one, describe here:

3.2. Make: _Ford_
Model: _Expedition_
Year: _2004_
Approximate mileage: _145,000_
Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _6,000_   $ _6,000_

18-01563-FLK7   Doc 6   Filed 05/31/18   Entered 05/31/18 12:12:25   Pg 4 of 29

Debtor 1  First Name    Middle Name    Last Name    Case number *(if known)*_____

---

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |
|---|
| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |
|---|
| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

☒ Yes

4.1. Make: Foro

Model: C CLASS RV

Year: 1988

Other information:

| |
|---|
| |

**Who has an interest in the property?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$1,500=    $1,500=

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

| |
|---|
| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................................➔ $ 12,500

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 5 of 29

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe........   general home furnishings                    $ 10,000

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe..........   3 tv's, 1 computer, cell phones, electronic games   $ 2,500

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe..........                                             $

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe..........   guitars + tools                          $ 2,500

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☒ Yes. Describe..........   .22 cal rifle                            $ 100

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe..........   everyday clothes                         $ 1,000

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☒ No
☐ Yes. Describe..........                                            $

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☒ Yes. Describe..........   1 dog                                    $ Ø

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information. .............                      $

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ➔   $ 16,100

Official Form 106A/B                **Schedule A/B: Property**                    page 4

Debtor 1 ~~Alfred Homer Lynch III~~

First Name    Middle Name    Last Name

Case number (if known)_____

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes ....................................................................................................................................................................    Cash: ....................... $ _____80.__

17. **Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes .....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | US Bank | $ _____400.__ |
| 17.2. Checking account: | InspiRUS | $ _____400.__ |
| 17.3. Savings account: | | $ _____ |
| 17.4. Savings account: | | $ _____ |
| 17.5. Certificates of deposit: | | $ _____ |
| 17.6. Other financial account: | | $ _____ |
| 17.7. Other financial account: | | $ _____ |
| 17.8. Other financial account: | | $ _____ |
| 17.9. Other financial account: | | $ _____ |

18. **Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ................    Institution or issuer name:

| | |
|---|---|
| | $ _____ |
| | $ _____ |
| | $ _____ |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% ____% | $ _____ |
| | 0% ____% | $ _____ |
| | 0% ____% | $ _____ |

Official Form 106A/B                    **Schedule A/B: Property**                    page 5

Debtor 1 _____ Case number *(if known)* _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
information about
them.......................
_____    $_____
_____    $_____
_____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:    Institution name:

401(k) or similar plan: _____    $_____

Pension plan: _____    $_____

IRA: _____    $_____

Retirement account: _____    $_____

Keogh: _____    $_____

Additional account: _____    $_____

Additional account: _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes.........................    Institution name or individual:

Electric: _____    $_____

Gas: _____    $_____

Heating oil: _____    $_____

Security deposit on rental unit: _____    $_____

Prepaid rent: _____    $_____

Telephone: _____    $_____

Water: _____    $_____

Rented furniture: _____    $_____

Other: _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.........................    Issuer name and description:

_____    $_____
_____    $_____
_____    $_____

Official Form 106A/B                    **Schedule A/B: Property**                    page 6

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 8 of 29

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes .................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____     $_____
_____     $_____
_____     $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific
   information about them.... [                                                    ]     $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific
   information about them.... [                                                    ]     $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific
   information about them.... [                                                    ]     $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information
   about them, including whether
   you already filed the returns
   and the tax years. .....................

| | | |
|---|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information.............

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information.............. [                                    ]     $_____

Official Form 106A/B                     **Schedule A/B: Property**                     page 7

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company of each policy and list its value. ..

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information..............

$_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. ....................

$_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ....................

$_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information............

$_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................................➔

$ 880⁵

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes. Describe.......

$_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe.......

$_____

---

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes. Describe.......                                                                                                                    $_____

**41. Inventory**

☐ No

☐ Yes. Describe.......                                                                                                                    $_____

**42. Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe....... Name of entity:                                              % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No

    ☐ Yes. Describe. ......                                                                                              $_____

**44. Any business-related property you did not already list**

☐ No

☐ Yes. Give specific
    information ........    _____    $_____

    _____    $_____

    _____    $_____

    _____    $_____

    _____    $_____

    _____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ......................................................................................................................➔    $_____

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

                                        **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes.........................                                                                                                              $_____

Official Form 106A/B                             **Schedule A/B: Property**                                 page 9

**48. Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
    information. ...........

$_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes..........................

$_____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes..........................

$_____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
    information. ...........

$_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..................................................................................... ➔ $ _____∅_____

---

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific
    information. ...........

$_____
$_____
$_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ................................................ ➔ $ _____∅_____

---

**Part 8:** **List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** ................................................................................................................ ➔ $ _____∅_____

**56. Part 2: Total vehicles, line 5**      $ 12,500=

**57. Part 3: Total personal and household items, line 15**      $ 16,100=

**58. Part 4: Total financial assets, line 36**      $ 880=

**59. Part 5: Total business-related property, line 45**      $ ∅

**60. Part 6: Total farm- and fishing-related property, line 52**      $ ∅

**61. Part 7: Total other property not listed, line 54**      + $ ∅

**62. Total personal property. Add lines 56 through 61.** .................... $ 29,480   Copy personal property total ➔ + $ 29,480

**63. Total of all property on Schedule A/B. Add line 55 + line 62.** ....................................................................... $ 29,480

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 12 of 29

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | ALFRED<br>First Name | THOMAS<br>Middle Name | Lynch<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | Luylla<br>First Name | Dianne<br>Middle Name | Lynch<br>Last Name |

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*    N/A

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)  NO

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)  N ↷

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: N/A<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

18-01563-FLK7   Doc 6   Filed 05/31/18   Entered 05/31/18 12:12:25   Pg 13 of 29

Fill in this information to identify your case:

Debtor 1 _____
        First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
  amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1** US BANK

Creditor's Name

8950 Cypross Waters Blvd

Number  Street

Coppell, Tx 75019

PO Box 650783 Dallas Tx

City    State  ZIP Code

75265-0783

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim relates to a
  community debt

Date debt was incurred  2006

**Describe the property that secures the claim:**
Single family home
Loan # 060611105685

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  5 6 8 5

Column A: $1,400,000   Column B: $ 80,000   Column C: $ Ø

**2.2** LINDA FALLER

Creditor's Name

14951 W, Winged

Number  Street

Foot Court

Surprise, Az 85374

City    State  ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim relates to a
  community debt

Date debt was incurred  2006

**Describe the property that secures the claim:**
Single family residence
or lien

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  N/A

Column A: $160,000   Column B: $ 80,000   Column C: $ Ø

**Add the dollar value of your entries in Column A on this page. Write that number here:**  $1,560,000

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 2

Debtor 1  DUReoT Home lopotEII

Case number *(if known)* _____

**Part 1:** **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**Linda Fuller**
Creditor's Name

14951 W. Winged Foot Cnt,
Number    Street

Surprise, Az 85374
City    State  ZIP Code

Describe the property that secures the claim:
single Family home
2nd MURT LieN

$ 115,000   $ 80,000   $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) PROMissory noTE

Date debt was incurred  2006

Last 4 digits of account number  N/A

---

**Whiski Jack Resorts**
Creditor's Name

107-2011 Innsbruck Dr.
Number    Street

Whistler, BC, Canada
City    State  ZIP Code

Von 1 B2
City    State  ZIP Code

Describe the property that secures the claim:
Timeshare Condo
- Maintence Dues + Taxes

$ 6,522   $ 1,500   $

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  1991

Last 4 digits of account number  N/A

---

Creditor's Name

Number    Street

City    State  ZIP Code

Describe the property that secures the claim:

$_____   $_____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 121,500

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ 1,681,500

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2

Fill in this information to identify your case:

Debtor 1 __ALFRED__ __THOMAS__ __Lynch III__
First Name   Middle Name   Last Name

Debtor 2 __Twyla__ __Dianne__ __Lynch__
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** __IRS__
Priority Creditor's Name

__825 JADWIN AVE__
Number   Street

__STE 265__

__RICHLAND__   __WA__   __99352__
City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __5__ __8__ __6__ __3__   $ 27,449   $ 27,449   $

When was the debt incurred? __2009__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** __IRS__
Priority Creditor's Name

__SAME__
Number   Street

_____
City   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __5__ __8__ __6__ __3__   $ 971   $ 971   $

When was the debt incurred? __2014__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 Alfred Thomas Lynch

First Name   Middle Name   Last Name

Case number (if known)_____

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

☐

IRS

Priority Creditor's Name

Number   Street

SAME

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  5  8  6  3    $1,341,000  $1,341,000

**When was the debt incurred?**   2006

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

IRS

Priority Creditor's Name

Number   Street

SAME

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  5  8  6  3    $41,316  $41,316  $

**When was the debt incurred?**   2007

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

IRS

Priority Creditor's Name

Number   Street

SAME

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number  5  8  6  3    $12,412  $12,412  $

**When was the debt incurred?**   2009/2010

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

18-01563-FLK7   Doc 6   Filed 05/31/18   Entered 05/31/18 12:12:25   Pg 17 of 29


| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. Domestic support obligations

6a. $ ___∅___

6b. Taxes and certain other debts you owe the government

6b. $ 1,410,736 *A2* 1,423,148

6c. Claims for death or personal injury while you were intoxicated

6c. $ ___∅___

6d. **Other.** Add all other priority unsecured claims. Write that amount here.

6d. + $ ___∅___

6e. **Total.** Add lines 6a through 6d.

6e. $ 1,410,736 *A2* 1,423,148

**Total claim**

**Total claims from Part 2**

6f. **Student loans**

6f. $ ___∅___

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**

6g. $ ___∅___

6h. **Debts to pension or profit-sharing plans, and other similar debts**

6h. $ ___∅___

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.

6i. + $ ___∅___

6j. **Total.** Add lines 6f through 6i.

6j. $ ___∅___

18-01563-FLK7   Doc 6   Filed 05/31/18   Entered 05/31/18 12:12:25   Pg 18 of 29

Fill in this information to identify your case:

Debtor _Alfred_ _Thomas_ _Lynch_
First Name        Middle Name        Last Name

Debtor 2 _Twylla_ _Dianne_ _Lynch_
(Spouse if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**2.1**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

**2.2**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

**2.3**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

**2.4**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

**2.5**

Name _____

Number   Street _____

City _____ State ____ ZIP Code ____

18-01563-FLK7   Doc 6   Filed 05/31/18   Entered 05/31/18 12:12:25   Pg 19 of 29

Fill in this information to identify your case:

Debtor 1 _ALFRED THOMAS LYNCH III_
First Name   Middle Name   Last Name

Debtor 2 _Twylla DIANNE Lynch_
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☒ Yes. In which community state or territory did you live? _WASHINGTON_. Fill in the name and current address of that person.

   _Twylla Lynch_
   Name of your spouse, former spouse, or legal equivalent

   _1311 Crusher Canyon Rd_
   Number   Street

   _Selah_        _WA_        _98942_
   City           State        ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

**3.1** _N/A_
Name

Number   Street

City        State        ZIP Code

Check all schedules that apply:
☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**
Name

Number   Street

City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**
Name

Number   Street

City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

18-01563-FLK7   Doc 6   Filed 05/31/18   Entered 05/31/18 12:12:25   Pg 20 of 29

Fill in this information to identify your case:

Debtor 1 ___ALFRED THOMAS___ ___Lynch III___
First Name   Middle Name   Last Name

Debtor 2 ___Twyla___ ___Dianne___ ___Lynch___
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Occupation** | Part time school<br>Bus Driver | medical biller |
| | **Employer's name** | Naches School District | Best Practices |
| | **Employer's address** | 24 Shafer Ave<br><u>Number   Street</u> | 5 South 14th Ave<br><u>Number   Street</u> |
| | | Naches WA 98937<br><u>City   State   ZIP Code</u> | Yakima, WA 98902<br><u>City   State   ZIP Code</u> |
| | **How long employed there?** | 2 yrs | 2 yrs |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 1,338⁵ | $ 3,400⁵ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0 | + $ 0 |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 1,338⁵ | $ 3,400⁵ |

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 21 of 29

Debtor 1  Alfred Thomas Lynch    Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................................➔ 4. | | $ 1338 | $ 3,400 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 85 | $ 98 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $ 0 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $ 0 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $ 0 |
| 5e. Insurance | 5e. | $ 0 | $ 0 |
| 5f. Domestic support obligations | 5f. | $ 0 | $ 0 |
| 5g. Union dues | 5g. | $ 0 | $ 0 |
| 5h. Other deductions. Specify: Labor & Industries | 5h. +$ 0 | +$ 5 | |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 85 | $ 103 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,253 | $ 3,297 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0 | $ 0 |
| 8b. Interest and dividends | 8b. | $ 0 | $ 0 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0 | $ 0 |
| 8d. Unemployment compensation | 8d. | $ 0 | $ 0 |
| 8e. Social Security | 8e. | $ 0 | $ 0 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0 | $ 0 |
| 8g. Pension or retirement income | 8g. | $ 0 | $ 0 |
| 8h. Other monthly income. Specify: general labor | 8h. +$ 200 | +$ 0 | |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 200 | $ 0 |
| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,453 + | $ 3,297 = $ 4,750 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. **+** $ 0

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies    12.    $ 4,750

Combined monthly income

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☒ Yes. Explain: Anticipate reduced bus driving apps with new driver hires

Official Form 106I    Schedule I: Your Income    page 2

| Fill in this information to identify your case: |
|---|

Debtor 1 ___Alfred___ ___Thomas___ ___Lynch III___
First Name        Middle Name        Last Name

Debtor 2 ___Wylla___ ___Dianne___ ___Lynch___
(Spouse, if filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☒ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and       ☒ Yes. Fill out this information for
   Debtor 2.                            each dependent.........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 16 | ☒ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No  ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                                    4.   $ 250

   **If not included in line 4:**

   4a.  Real estate taxes                                                          4a.  $ _____

   4b.  Property, homeowner's, or renter's insurance                               4b.  $ _____

   4c.  Home maintenance, repair, and upkeep expenses                              4c.  $ _____

   4d.  Homeowner's association or condominium dues                                4d.  $ _____

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 23 of 29

|  |  | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans    5.   $ _N/A_

6. **Utilities:**

   6a. Electricity, heat, natural gas    6a. $ _70_

   6b. Water, sewer, garbage collection    6b. $ _8_

   6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ _150_

   6d. Other. Specify: _____    6d. $ _—_

7. **Food and housekeeping supplies**    7. $ _200_

8. **Childcare and children's education costs**    8. $ _180_

9. **Clothing, laundry, and dry cleaning**    9. $ _25_

10. **Personal care products and services**    10. $ _25_

11. **Medical and dental expenses**    11. $ _—_

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $ _200_

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ _25_

14. **Charitable contributions and religious donations**    14. $ _10_

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance    15a. $ _185_

   15b. Health insurance    15b. $ _—_

   15c. Vehicle insurance    15c. $ _80_

   15d. Other insurance. Specify:_____    15d. $ _—_

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $ _—_

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1    17a. $ _—_

   17b. Car payments for Vehicle 2    17b. $ _—_

   17c. Other. Specify:_____    17c. $ _—_

   17d. Other. Specify:_____    17d. $ _—_

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $ _N/A_

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19. $ _N/A_

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

   20a. Mortgages on other property    20a. $ _—_

   20b. Real estate taxes    20b. $ _—_

   20c. Property, homeowner's, or renter's insurance    20c. $ _—_

   20d. Maintenance, repair, and upkeep expenses    20d. $ _—_

   20e. Homeowner's association or condominium dues    20e. $ _—_

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 24 of 29

21.  Other. Specify:  CAR TABS _____     21.  +$   80⁻

22.  **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                                                22a.  $ 1,488⁻

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b.  $ 2,258⁻

   22c. Add line 22a and 22b. The result is your monthly expenses.                             22c.  $ 3,746

23.  **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.                       23a.  $ 4,750⁻

   23b. Copy your monthly expenses from line 22c above.                                        23b.  -$ 3,746

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.                                              23c.  $ 1,004

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.
   ☒ Yes.     Explain here:  Increase in utility costs, home fuel, school tuition
                             cost of living expenses.

Fill in this information to identify your case:

Debtor 1 _Alfred_ _Thomas_ _Hinckle_
        First Name    Middle Name    Last Name

Debtor 2 _Twila_ _DiAnne_ _Hinch_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.  Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Do you and Debtor 1 maintain separate households?**

   ☐ No. Do not complete this form.
   ☒ Yes

2. **Do you have dependents?**

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _Son_ | _10_ | ☐ No ☒ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?**

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4.   $ _850_

   **If not included in line 4:**

   4a.  Real estate taxes                                         4a.  $ _0_

   4b.  Property, homeowner's, or renter's insurance              4b.  $ _0_

   4c.  Home maintenance, repair, and upkeep expenses             4c.  $ _0_

   4d.  Homeowner's association or condominium dues               4d.  $ _0_

Debtor 1    Alfred Thomas Lynch

<small>First Name    Middle Name    Last Name</small>

Case number (if known)_____

|  |  |  | Your expenses |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ _____ |
| 6. | Utilities: |  |  |
| 6a. | Electricity, heat, natural gas | 6a. | $ 140 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 8 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 380 |
| 6d. | Other. Specify: _____ | 6d. | $ — |
| 7. | Food and housekeeping supplies | 7. | $ 500 |
| 8. | Childcare and children's education costs | 8. | $ 180 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 100 |
| 10. | Personal care products and services | 10. | $ 75 |
| 11. | Medical and dental expenses | 11. | $ — |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 300 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 50 |
| 14. | Charitable contributions and religious donations | 14. | $ 80 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a. | Life insurance | 15a. | $ 35 |
| 15b. | Health insurance | 15b. | $ 20 |
| 15c. | Vehicle insurance | 15c. | $ 80 |
| 15d. | Other insurance. Specify:_____ | 15d. | $ — |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 45 |
| 17. | Installment or lease payments: |  |  |
| 17a. | Car payments for Vehicle 1 | 17a. | $ — |
| 17b. | Car payments for Vehicle 2 | 17b. | $ — |
| 17c. | Other. Specify:_____ | 17c. | $ — |
| 17d. | Other. Specify:_____ | 17d. | $ — |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ N/A |
| 19. | Other payments you make to support others who do not live with you. Specify:_____ | 19. | $ N/A |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. |  |  |
| 20a. | Mortgages on other property | 20a. | $ N/A |
| 20b. | Real estate taxes | 20b. | $ — |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ — |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ — |
| 20e. | Homeowner's association or condominium dues | 20e. | $ — |

18-01563-FLK7    Doc 6    Filed 05/31/18    Entered 05/31/18 12:12:25    Pg 27 of 29

Debtor 1  Alfreo Thomas Lynch
        First Name    Middle Name    Last Name                Case number (if known) _____

21. **Other.** Specify: UCT, CAR TABS, WORK CLOTHES,          21.  +$  265
        Child sport events, gifts

22. **Your monthly expenses.** Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the    22.  $ 2,258
    total expenses for Debtor 1 and Debtor 2.

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☒ Yes.    Explain here: rising utility, home fuel, school tuition, food, cost of
              living expenses.

Fill in this information to identify your case:

Debtor 1    A l f r e d    T H O M A S    L y n c h ,  I I I
            First Name      Middle Name        Last Name

Debtor 2    T W y l l A    D i A n n e    L y n c h
(Spouse, if filing) First Name   Middle Name      Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes.  Name of person_____.  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

**x** _____         **x** _____
Signature of Debtor 1                          Signature of Debtor 2

Date  5/25/2018                              Date _____
      MM / DD / YYYY                               MM / DD / YYYY